# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROCCA,<br><br>    Plaintiff,<br><br>v.<br><br>DENCO ENTERPRISES, INC. dba DENNY'S NO. 6076, et al.,<br><br>    Defendants. | Case No. CV 16-08997 DSF (AFMx)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. No objections to the Report have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation is accepted and adopted; and (2) Plaintiff's motion to enforce the settlement agreement (ECF No. 68) is DENIED.

DATED: 2/28/18

                                                             _____
                                                             DALE S. FISCHER
                                          UNITED STATES DISTRICT JUDGE